141 F.3d 1169
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that they are not precedent and generally should not be cited unless relevant to establishing the doctrines of res judicata, collateral estoppel, the law of the case, or if the opinion has persuasive value on a material issue and no published opinion would serve as well.
Michael C. LIDDELL, a minor, by Minnie Liddell, his mother
and next friend; Kendra Liddell, a minor, by Minnie
Liddell, her mother and next friend; Minnie Liddell;
Roderick D. LeGrand, a minor, by Lois LeGrand, his mother
and next friend; Lois LeGrand; Clodis Yarber, a minor, by
Samuel Yarber, his father and next friend; Samuel Yarber;
Earline Caldwell; Lillie Caldwell; Gwendolyn Daniels;
National Association for the Advancement of Colored People;
United States of America, Plaintiffs-Appellees,
CITY OF ST. LOUIS, Plaintiff,
v.
THE BOARD OF EDUCATION OF THE CITY OF ST. LOUIS; Hattie R.
Jackson, President, The Board of Education of the City of
St. Louis; Rev. Earl E. Nance, Jr., a member of the Board
of Education of the City of St. Louis; Renni B. Shuter, a
member of the Board of Education of the City of St. Louis;
Paula V. Smith, a member of the Board of Education of the
City of St. Louis; Dr. Albert D. Bender, Sr., a member of
the Board of Education of the City of St. Louis; Eddie G.
Davis, a member of the Board of Education of the City of St.
Louis; Dr. John P. Mahoney, a member of the Board of
Education of the City of St. Louis; Marybeth McBryan, a
member of the Board of Education of the City of St. Louis;
Thomas M. Nolan, a member of the Board of Education of the
City of St. Louis; William Purdy, a member of the Board of
Education of the City of St. Louis; Robbyn G. Wahby, a
member of the Board of Education of the City of St. Louis;
Madye Henson Whithead, a member of the Board of Education of
the City of St. Louis; Dr. Cleveland Hammonds, Jr.,
Superintendent of Schools for the City of St. Louis,
Defendants-Appellees,
Ronald Leggett, St. Louis Collector of Revenue, Defendant,
State of Missouri; Mel Carnahan, Governor of the State of
Missouri; Jeremiah (Jay) W. Nixon, Attorney General; Bob
Holden, Treasurer; Richard A. Hanson, Commissioner of
Administration; Robert E. Bartman, Commissioner of
Education; Missouri State Board of Education, and its
members; Thomas R. Davis; Sharon M. Williams; Peter F.
Herschend; Jacqueline D. Wellington; Betty E. Preston;
Russell V. Thompson; Rice Pete Burns; William Kahn,
Defendant-Appellants,
Special School District of St. Louis County, Defendant,
Affton Board of Education; Bayless Board of Education;
Brentwood Board of Education; Clayton Board of Education;
Ferguson-Florissant Board of Education; Hancock Place Board
of Education; Hazelwood Board of Education; Jennings Board
of Education; Kirkwood Board of Education; Ladue Board of
Education; Lindbergh Board of Education;
Maplewood-Richmond Heights Board of Education; Mehlville
Board of Education; Normandy Board of Education; Parkway
Board of Education; Pattonville Board of Education;
Ritenour Board of Education; Riverview Gardens Board of
Education; Rockwood Board of Education; University City
Board of Education; Valley Park Board of Education;
Webster Groves Board of Education; Wellston Board of
Education, Defendants-Appellees,
St. Louis County; Buzz Westfall, County Executive; James
Baker, Director of Administration, St. Louis County,
Missouri; Robert H. Peterson, Collector of St. Louis County
"Contract Account," St. Louis County, Missouri; The St.
Louis Career Education District; Defendants,
St. Louis Teachers' Union, Local 420, AFT, AFL-CIO, Intervenor Below.
 No. 97-3784.
 United States Court of Appeals, Eighth Circuit.
 Submitted Feb. 25, 1998.
Filed April 13, 1998.
 
 Appeal from the United States District Court for the Eastern District of Missouri.
 Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.
 PER CURIAM.
 
 
 1
 Pursuant to the motion of the State of Missouri, the above-entitled matter is dismissed. See Fed. R.App. P. 42(b).